1  RUSSELL J. FRACKMAN (SBN 49087)
   rjf@msk.com
2  GEORGE M. BORKOWSKI (SBN 133416)
   gmb@msk.com
3  KARIN G. PAGNANELLI (SBN 1747630
   kgp@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiffs

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A & M RECORDS, INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York partnership; CAPITOL RECORDS, INC., a Delaware corporation; CHRYSALIS RECORDS, a division of Capitol Records, Inc.; K-TEL INTERNATIONAL (USA), INC., a Minnesota corporation; MCA RECORDS, INC., a California corporation; POLYGRAM RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; TOMMY BOY MUSIC, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN LAMONTE, an individual; CREATIVE SOUNDS, LTD., a corporation; DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:95-cv-00212-FMC<br><br>The Hon. Florence-Marie Cooper<br><br>**[~~PROPOSED~~] ORDER TO SHOW CAUSE WHY DEFENDANTS AND THEIR COUNSEL SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT'S JANUARY 25, 2008, AMENDED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Mitchell
Silberberg &
Knupp LLP

1797901.1

OSC RE CONTEMPT

The Court has considered the *Ex Parte* Application of Plaintiffs for an Order to Show Cause Why Defendants and their Counsel Should Not Be Held in Contempt of this Court's January 25, 2008, Amended Final Judgment and Permanent Injunction.  For good cause shown, the Court grants the Application, and orders Defendants John Lamonte and Creative Sounds, Inc. ("Defendants"), and their counsel Dennis P. Bayless, to appear on <u>April 21, 2008, at 9:00 a.m.</u>, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Florence-Marie Cooper, located at 255 E. Temple Street, Los Angeles, California 90012, <u>Courtroom 750</u>, then and there to show cause, if any exists:

1. Why Defendants and their counsel should not be adjudicated in contempt of the January 25, 2008, Amended Final Judgment and Permanent Injunction in this action (the "Permanent Injunction");

2. Why the Permanent Injunction should not be further amended to require Defendants to deliver all masters, tapes, phonographs, and recordings set forth on Schedule 3 of the Permanent Injunction to an appropriate, independent third party for destruction;

3. Why Defendants should not be ordered to disclose to Plaintiffs the identities of any actual or prospective purchasers of the recordings that Defendants actually have contacted, or intend to contact so that Plaintiffs can put those buyers on notice of the Permanent Injunction;

4. Why Defendants and their counsel should not be ordered to pay Plaintiffs' attorneys' fees and costs incurred in connection with this proceeding; and

5. Why the Court should not grant any further or other relief that the Court may deem appropriate.

1  ~~Defendants and their counsel are ordered to e-file and serve by fax or email,~~
2  ~~with a hard copy by overnight delivery, on Plaintiffs' counsel of record any written~~
3  ~~opposition to the Application no later than the close of business on April __, 2008.~~
4  ~~Plaintiffs shall e-file and serve by fax or email, with a hard copy by overnight~~
5  ~~delivery, on Defendants' counsel of record any reply papers no later than the close~~
6  ~~of business on April __, 2008.~~

10  Dated: April 16, 2008

_____
Hon. Florence-Marie Cooper
United States District Judge

Mitchell Silberberg & Knupp LLP

1797901.1

2

OSC RE CONTEMPT